**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ASADI SHAMSID-DEEN aka LEON GOODSON, ) ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:13-CV-3414-L-BH |
| ) | |
| THE STATE OF TEXAS, et. al, ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to Special Order No. 3-251, this case has been automatically referred for judicial screening or pretrial management. On January 13, 2014, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution because the plaintiff had failed to respond to a Magistrate Judge's Questionnaire as ordered. (*See* doc. 10.) On February 4, 2014, he filed a motion seeking an extension of time to file his answers to the questionnaire, explaining that he had been out of town due to an illness in the family. Because the plaintiff has now indicated his intention to prosecute this case, the January 13, 2014 findings, conclusions, and recommendation are hereby **VACATED**.

**SO ORDERED** on this 5th day of February, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE