IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASADI SHAMSID-DEEN, also known as LEON GOODSON, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:13-CV-3414-L** |
| THE STATE OF TEXAS and EXXON MOBIL[ ], | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is Plaintiff Asadi Shamsid-Deen's ("Plaintiff") *pro se* Complaint, filed August 23, 2013. This case was referred to Magistrate Judge Irma C. Ramirez on the same date. She entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on February 28, 2014, recommending that: (1) the court dismiss Plaintiff's claims against the State of Texas and his constitutional claims as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b); (2) any claims Plaintiff seeks to assert on behalf of his family or his family's estate be dismissed without prejudice; (3) the court decline to exercise supplemental jurisdiction over Plaintiff's state law claims; and (4) Plaintiff's state law claims be dismissed without prejudice to him pursuing them in state court. The court had not received any objections to the Report as of the date of this order.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the magistrate judge's findings and conclusions are correct, and accepts them as those of the court. Accordingly, the court (1) **dismisses with prejudice** Plaintiff's constitutional or federal claims against the State of Texas and Exxon Mobile;

Order - Page 1

(2) **dismisses without prejudice** any of the claims that Plaintiff seeks to assert on behalf of his family or his family's estate; and (3) **dismisses** Plaintiff's state law claims **without prejudice to him pursuing them in state court**.  Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the court will enter judgment by separate document.

**It is so ordered** this 13th day of May, 2014.

Sam A. Lindsay
United States District Judge